**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

JUAN PABLO VILLANUEVA-GONZALEZ, *et al.*, individually and on behalf of all other persons similarly situated,

 Plaintiffs,

v.             Case No.  2:09-cv-716-FtM-36DNF

GRAINGER FARMS, INC.,

 Defendant.

_____

**ORDER**

 This cause comes before the Court on the Report and Recommendation of United States Magistrate Judge Douglas N. Frazier (Doc. 53), filed on January 26, 2011.  In his Report and Recommendation, Judge Frazier recommends that the parties' Joint Motion for Approval of Settlement Agreement (Doc. 52) be approved.  No objections have been filed, and the time for doing so has expired.

 After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act.  *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. §216.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Proposed Settlement Agreement, Full and Final Release, and Covenant Not to Sue (Doc. 52-1) are all approved, as they constitute a fair and reasonable resolution of a bona fide dispute.

3. The Joint Motion to Approve Settlement (Doc. 52) is **GRANTED**.

4. The clerk is directed to terminate any pending motions and deadlines, dismiss this action with prejudice, and **CLOSE** this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on February 10, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Magistrate Judge Douglas N. Frazier
Counsel of Record